# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

RODRIGO COSTA

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj186

Randall Lockhart, AFPD
Defendant's Attorney

□ **THE DEFENDANT** pled guilty to count(s) 1 and 2

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 CFR 210 and FSS 322.03 | Expired Driver's License | 5/31/07 | 1 |
| 32 CFR 210 and FSS 324.022 | No Insurance | 5/31/07 | 2 |

Count(s) ___ □ is □ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and Special Assessment has been paid in full.

**Assessment**

$15.00

**Fine**

$ 210.00

Date of Imposition of Sentence - 8/21/07

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: _August 22, 2007_